FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 04 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ ~~_____~~ DIVISION

CASE NO. 4:22-cv-00307-KGB-JJV

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Dayon Ray Barnett
ADC # 088670
Address: 106 S. Main Monticello Ar 71655

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Susan Potts
Position: Administrator
Place of employment: Drew Co. Detention Facility
Address: 106 S. Main Monticello Ar 71655

Name of defendant: Mark Gober
Position: Sheriff

~~Defendant~~ ~~Monticello~~ [illegible scribbled out]

Place of employment: _Drew County Sheriff_

Address: _210 S Main Monticello AR_

Name of defendant: _Dr. Stevens_

Position: _Doctor_

Place of employment: _Delta Counseling_

Address: _Monticello AR 71655_

Name of defendant: _Delta Counseling_

Position: _Mental Health_

Place of employment: _State of Ark_

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ☑

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

       ☐     Court (if federal court, name the district; if state court, name the county): _____

       ☐     Docket Number: _____

       ☐     Name of judge to whom case was assigned: _____

       ☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

       ☐     Approximate date of filing lawsuit: _____

       ☐     Approximate date of disposition: _____

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No ___    *Request forms*

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes \_\_\_\_   No \_\_\_\_

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested on 8·15·22 for terroristic threatening which would have been a misdemeanor, if I was guilty. They set a $90,000 bond. I went to court on or about 9-21-22. They ordered a mental evaluation. I went to the evaluation on 12/29/21. They ruled unfit to stand trial because of schizophrenia and bipolar and suspended all proceedings. The administrator Susan

-7-



Potts keeps saying that I am waiting on a bed in the state hospital when actually the court order says to get me on my medication. She'll not get in a hurry to do anything when my appointments at delta counseling when they're all court ordered. She used my medicaid had expired and I needed a referral. She went as far as hitting me with some papers in her hand while my arm was out of the bean trap.

9

6 people witnessed this C.O. Barbara Addair, C.O. Erica Rochell, and inmates Duane Sheppard, Aaron Martin, Matt Rapper and myself.

She went up front called DHS and renewed my medicaid and changed my P.C.P. without my approval. Everything was court ordered the ~~state~~ county had to pay for that.

They also broke my Doctor client confidentiality. Everytime I go into a

④

Doctor or mental health appointment, 2 C.O. officers plus someone else is in there invading my privacy. I also have a history of high grade urological carcenoma; bladder cancer. I have had cloudy urine and pain in bladder. Went to UAMS to my Dr. Timothy Langford on 12-30-21. He advised them to have me back in two weeks they still will not follow up after request to request. It's the fastest moving cancer.

(5)

and also I have a judgement and commit order on these charges and Mrs. Susan Potts will not remove this $40,000 bond.

Thank you

Daron Ray Barnett

fraudulent insurance claims
doctor lawyer constitutionally
Unbecoming of an officer
excessive for
False Imprisonment

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*10 million dollars and the ones knowingly doing wrong be fired. They all know there wrong*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 30 day of March, 20 22

*Daron Ray Barnett*

XXX-XX-9555

Signature(s) of plaintiff(s)

Daron Barnett
106 S. Main St.
Monticello, AR
71655

INMATE MAIL

U.S. Supreme Court
Clerk's office
600 W. Capitol Av., Suite A-149
Little Rock 72201

quadient
FIRST-CLASS MAIL
IMI
$000.93
04/01/2022 ZIP 71655
043M31220356
US POSTAGE