## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DARON RAY BARNETT                                                                 PLAINTIFF
#88670

v.                                       4:22-cv-00307-KGB-JJV

SUSAN POTTS, Administrator,
Drew County Detention Facility; *et al.*                                          DEFENDANTS

### RECOMMENDED DISPOSITION

    The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker.   Any party may serve and file written objections to this Recommendation.   Objections should be specific and include the factual or legal basis for the objection.   If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.   Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation.   Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

## I.      DISCUSSION

    Daron Ray Barnett ("Plaintiff") was a pretrial detainee at the Drew County Detention Facility when he filed this *pro se* civil action seeking relief pursuant to 42 U.S.C. § 1983.   (Doc. 2.)   In April 2022, I granted him permission to proceed *in forma pauperis*, advised him of his obligation under Local Rule 5.5 to maintain a valid address with the Clerk, and cautioned him I would recommend dismissal if he failed to do so.   (Doc. 3.)   It appears Plaintiff received that Order because it has not been returned undelivered.

    On September 1, 2022, Defendants notified the Court that Plaintiff had been released from

the Drew County Detention Facility without providing an updated mailing address.  (Docs. 11, 12, 13.)  The next day, on September 2, 2022, I ordered Plaintiff to provide an updated address and file an updated *In Forma Pauperis* Application.  (Doc. 14.)   I also warned Plaintiff I would recommend dismissal if he failed to comply with my instructions within thirty days.  (*Id.*)

The time to comply with my Order has expired, and Plaintiff has not done so.  Because the Clerk does not have a valid service address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions.  (Docs. 15, 16.)   Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

II.     **CONCLUSION**

IT IS, THEREFORE, RECOMMENDED that:

1.      The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would be taken in good faith.

DATED this 11th day of October 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE