**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARON RAY BARNETT**
**888670** **PLAINTIFF**

v. Case No. 4:22-cv-00307-KGB-JJV

**SUSAN POTTS, Administrator,**
**Drew County Detention Facility;** *et al.* **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition and the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 5, 17). Plaintiff Daron Ray Barnett has not filed any objections to either the Partial Recommended Disposition or the Recommended Disposition, and the time to do so has passed. In the Recommended Disposition, Judge Volpe recommends that Mr. Barnett's case be dismissed without prejudice due to lack of prosecution (Dkt. No. 14). Specifically, Judge Volpe recommends dismissal due to Mr. Barnett's failure to comply with a prior Order directing Mr. Barnett to provide an updated address and to file an updated *in forma pauperis* application (Dkt. Nos. 14, 17).

After careful consideration, the Court adopts in its entirety as its findings in all respects the Recommended Disposition and dismisses without prejudice this case (Dkt. No. 17). The Court denies as moot Judge Volpe's Partial Recommended Disposition (Dkt. No. 5). Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 19th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge